# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BERTZ, MARILYN S | § | Case No. 05-06830 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/21/2010 in Courtroom 613,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner _____
                                                     Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BERTZ, MARILYN S | § | Case No. 05-06830 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 276,636.96 |
| *and approved disbursements of* | $ | 160,910.17 |
| *leaving a balance on hand of*[1] | $ | 115,726.79 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: Phillip D. Levey* | $ | 16,601.59 | $ | 40.84 |
| *Attorney for trustee: Phillip D. Levey* | $ | 22,130.00 | $ | 0.00 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant:* | $ | | $ | |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges: Clerk, U.S. Bankruptcy Court* | $ | 250.00 | $ | 0.00 |
| *Fees:* | $ | | $ | |
| *Other:* | $ | | $ | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Other:* _____ | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* _____ | | $_____ | $_____ |
| *Attorney for:* _____ | | $_____ | $_____ |
| *Accountant for:* _____ | | $_____ | $_____ |
| *Appraiser for:* _____ | | $_____ | $_____ |
| *Other:* _____ | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,400,000.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Marjorie Prochaska* | $        1,400,000.00 | $        76,704.36 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Phillip D. Levey_____

Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: pgordon         Page 1 of 1          Date Rcvd: Mar 22, 2010
Case: 05-06830             Form ID: pdf006        Total Noticed: 7

The following entities were noticed by first class mail on Mar 24, 2010.
db          +Marilyn S Bertz,   1905 Wolf Rd,   Unit 207,   Hillside, IL 60162-2100
aty         +Dennis M Sbertoli,   Sbertoli Law Office,   P O Box 1482,   La Grange Park, IL 60526-9582
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
8985739      Ford Motor Credit,   P.O. Box 219825,   Kansas City, MO  64121-9825
8985740     +Marjorie Prochaska,   C/O Torshen, Slpbig, Genden, Ltd.,   105 W. Adams St, Ste 3200,
              Chicago, IL 60603-6209
11387862    +Marjorie Prochaska,   c/o Robert J. Slobig,   105 West Adams Street, Suite 3200,
              Chicago, IL 60603-6209
11389929     Marjorie Prochaska,   C/O Sandman Levy & Petrich,   34 N. La Salle Street,   13th Floor,
              Chicago, Illinois  60602

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2010**            **Signature:**