UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
BERTZ, MARILYN S                          §        Case No. 05-06830
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/Phillip D. Levey _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Marilyn S. Bertz |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE HOME FINANCE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| ELECTRIC, ADRIAN | | | | | |
| GREATER ILLINOIS TITLE | | | | | |
| GREATER ILLINOIS TITLE | | | | | |
| GREATER ILLINOIS TITLE | | | | | |
| GREATER ILLINOIS TITLE | | | | | |
| LANDMARK ENGINEERING CORPORATION | | | | | |
| SIMMONS PEST | | | | | |
| TAUBERRY LANDSCAPING | | | | | |
| VILLAGE OF WESTCHESTER | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| COOK COUNTY COLLECTOR | | | | | |
| COOK COUNTY COLLECTOR | | | | | |
| LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCCLAIN, JEAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARJORIE PROCHASKA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 05-06830 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BERTZ, MARILYN S | Date Filed (f) or Converted (c): | 02/28/05 (f) |
| | | 341(a) Meeting Date: | 04/01/05 |
| For Period Ending: | 03/16/10 | Claims Bar Date: | 05/29/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vacant Land-Albuquerque, New Mexico | 5,000.00 | Unknown | DA | 0.00 | FA |
| 2. Cash | 45.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. CD-Westbrook Bank | 1,500.00 | 795.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Checking Account-Harris Bank | 650.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Savings Account-Harris Bank | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 6. HOUSEHOLD FURNISHINGS | 600.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Costume Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Golf Clubs | 100.00 | 0.00 | DA | 0.00 | FA |
| 10. Met-Life Policy-33 Shares | 0.00 | Unknown | DA | 0.00 | FA |
| 11. Pensions Plans | 0.00 | Unknown | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Survivor Benefit-Data Fold Forms | 0.00 | Unknown | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. 2003 Mercury | 13,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. 1988 Compaq Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 15. Dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Life Insurance Policy | 500.00 | 500.00 | | 0.00 | FA |
| 17. 2610 Stratford, Westchester, IL (u) | 0.00 | 145,401.00 | | 123,195.11 | FA |
| Sale of real estate recovered via settlement of adversary to recover | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 05-06830   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | BERTZ, MARILYN S | Date Filed (f) or Converted (c): | 02/28/05 (f) |
| | | 341(a) Meeting Date: | 04/01/05 |
| | | Claims Bar Date: | 05/29/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| fraudulent conveyance entitled Trustee v. Sims. | | | | | |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 31.78 | Unknown |
| TOTALS (Excluding Unknown Values) | $22,895.00 | $147,696.00 | | $123,226.89 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/09    Current Projected Date of Final Report (TFR): 08/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-06830 -ABG | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BERTZ, MARILYN S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3409 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1230 | | | |
| For Period Ending: | 08/27/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/09 | 17 | Greater Illinois Title | Sale of House | | 121,089.83 | | 121,089.83 |
| | | JOHN FRANK DOLASINSKI | Memo Amount: 274,500.00 | 1210-000 | | | |
| | | | Sale of House | | | | |
| | | CHASE HOME FINANCE | Memo Amount: ( 129,098.76 ) | 4110-000 | | | |
| | | | First Mortgage Pay-off | | | | |
| | | MCCLAIN, JEAN | Memo Amount: ( 13,725.00 ) | 3510-000 | | | |
| | | | Real Estate Broker's Commission | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount: ( 2,656.59 ) | 2820-000 | | | |
| | | | Real Estate Taxes - 2008 | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount: ( 3,112.48 ) | 2820-000 | | | |
| | | | Real Estate Taxes - 2009 | | | | |
| | | GREATER ILLINOIS TITLE | Memo Amount: ( 1,508.00 ) | 2500-000 | | | |
| | | | Title Insurance Charges | | | | |
| | | LANDMARK ENGINEERING CORPORATION | Memo Amount: ( 295.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | SIMMONS PEST | Memo Amount: ( 100.00 ) | 2500-000 | | | |
| | | | Pest Inspection | | | | |
| | | VILLAGE OF WESTCHESTER | Memo Amount: ( 104.59 ) | 2500-000 | | | |
| | | | Water Bill | | | | |
| | | TAUBERRY LANDSCAPING | Memo Amount: ( 125.00 ) | 2500-000 | | | |
| | | | Lawn Mowing | | | | |
| | | ELECTRIC, ADRIAN | Memo Amount: ( 1,740.00 ) | 2500-000 | | | |
| | | | Repairs | | | | |
| | | GREATER ILLINOIS TITLE | Memo Amount: ( 485.00 ) | 2500-000 | | | |
| | | | Settlement Charges | | | | |
| | | GREATER ILLINOIS TITLE | Memo Amount: ( 411.75 ) | 2500-000 | | | |
| | | | Transfer Stamps | | | | |
| | | GREATER ILLINOIS TITLE | Memo Amount: ( 48.00 ) | 2500-000 | | | |

Page Subtotals 121,089.83 0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-06830 -ABG | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BERTZ, MARILYN S | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3409 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1230 | | |
| For Period Ending: | 08/27/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Recording Fees | | | | |
| 08/31/09 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 1.79 | | 121,091.62 |
| 09/30/09 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.98 | | 121,096.60 |
| 10/20/09 | 17 | JP Morgan Chase Bank | Escrow Refund | 1210-000 | 1,897.00 | | 122,993.60 |
| 10/20/09 | 17 | JP Morgan Chase Bank | Escrow Refund | 1210-000 | 208.18 | | 123,201.78 |
| 10/30/09 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.16 | | 123,206.94 |
| 11/30/09 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.07 | | 123,212.01 |
| 12/28/09 | 000101 | Marilyn S. Bertz<br>1905 Wolf Road<br>Unit 207<br>Hillside, IL 60162 | Homestead Exemption | 8100-002 | | 7,500.00 | 115,712.01 |
| 12/31/09 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.23 | | 115,717.24 |
| 01/29/10 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.11 | | 115,722.35 |
| 02/26/10 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.44 | | 115,726.79 |
| 03/31/10 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.92 | | 115,731.71 |
| 04/30/10 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.76 | | 115,736.47 |
| 05/28/10 | 18 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.91 | | 115,741.38 |
| 06/09/10 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.27 | | 115,742.65 |
| 06/09/10 | | Transfer to Acct #*******3713 | Final Posting Transfer | 9999-000 | | 115,742.65 | 0.00 |

Page Subtotals  2,152.82  123,242.65

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-06830 -ABG | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BERTZ, MARILYN S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3409  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1230 | | | |
| For Period Ending: | 08/27/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 274,500.00 | COLUMN TOTALS | | 123,242.65 | 123,242.65 | 0.00 |
| | Memo Allocation Disbursements: | 153,410.17 | Less:  Bank Transfers/CD's | | 0.00 | 115,742.65 | |
| | | | Subtotal | | 123,242.65 | 7,500.00 | |
| | Memo Allocation Net: | 121,089.83 | Less:  Payments to Debtors | | | 7,500.00 | |
| | | | Net | | 123,242.65 | 0.00 | |

Page Subtotals            0.00            0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-06830 -ABG | | Trustee Name: | Phillip D. Levey |
| Case Name: | BERTZ, MARILYN S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3713 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1230 | | | |
| For Period Ending: | 08/27/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/10 | | Transfer from Acct #*******3409 | Transfer In From MMA Account | 9999-000 | 115,742.65 | | 115,742.65 |
| 06/15/10 | 000101 | PHILLIP D. LEVEY  2722 NORTH RACINE AVENUE  CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 40.84 | 115,701.81 |
| 06/15/10 | 000102 | PHILLIP D. LEVEY  2722 NORTH RACINE AVENUE  CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 16,601.59 | 99,100.22 |
| 06/15/10 | 000103 | Clerk, U.S. Bankruptcy Court | Clerk of the Courts Costs (includes  07A 00135 Deferred Adversary Filling Fee. | 2700-000 | | 250.00 | 98,850.22 |
| 06/15/10 | 000104 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 18,000.00 | 80,850.22 |
| 06/15/10 | 000105 | Marjorie Prochaska  C/O Torshen, Slobig, Genden, Ltd.  105 W. Adams St, Ste 3200  Chicago, IL 60603 | Claim 000001, Payment 5.77502%  (1-1) Modified on 5/29/2007 to  correct address(PG) | 7100-000 | | 80,850.22 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 115,742.65 | 115,742.65 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 115,742.65 | 0.00 | |
| | | Subtotal | 0.00 | 115,742.65 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 115,742.65 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 274,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 153,410.17 | Money Market Account (Interest Earn - *******3409 | 123,242.65 | 0.00 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******3713 | 0.00 | 115,742.65 | 0.00 |
| Total Memo Allocation Net: | 121,089.83 | | 123,242.65 | 115,742.65 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  115,742.65  115,742.65

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-06830 -ABG | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | BERTZ, MARILYN S | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******3713 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1230 |  |  |
| For Period Ending: | 08/27/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********3409)
Checking Account (Non-Interest Earn - ********3713)

Page Subtotals          0.00          0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*